IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY THOMPSON, *et al.* § § Plaintiffs, § § v. § § CEC ENTERTAINMENT, INC. d/b/a § CHUCK E. CHEESE, *et al.*, § § Defendants. § | APPROVED 11/16/2009 LJMcK  C.A. No. 1:09-CV-0701 LJM-DML |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiffs Tiffany Thompson and Curtis Thompson, individually and as natural parents of Bryce Thompson and Noble Thompson, minors; Antaneesha Fletcher, individually and as natural parent of Amaya Legg, Kaleb Legg, Kode Legg, and Kevin Legg, minors; Neekieshia Fletcher, individually and as natural parent of Robert Young, Sierra Ballard, and Sydney Fletcher, minors; Roberta Johnson; DaShawn Dingle, individually and as natural parent of Artist Glenn, minor; Trina Dingle; Rache Blakey, individually and as natural parent of Louis Blakey, minor; Lauren Lacey, individually and as natural parent of Cheyenne Jefferson and Jada Jefferson, minors; Karen Lacey, individually and as natural parent of Kala Adams and Joseph Watson, minors, and next friend to Aaron Lacey, minor; La'Channa Cornelius individually and as natural parent of Brenna Cornelius, minor; Kimmy Calhoun-Ewell; Karina Wilson, individually and as natural parent of De'la Jones, De'lan Wilson, De'vian Jones and Kimberly Smith, minors; Russell Taylor and Leslie Taylor, individually and as natural parents of Ryan Taylor and Russell Taylor, III, minors; Shantia Davis, individually and as natural parent of Christ Robinson, Montez Davis and Queniya Blackman; Quenton Blackman; Jewel Green; Brandy Jones, individually and as natural parent of

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE – Page 1**
DALDMS/670193.1

Anisha Kinartail and Daylon Lewis, minors; Lisa Golden; Michelle Johnson, individually and as natural parent of Macaiya Chaney, minor; Dennis Hayes; and Keisha West, individually and as natural parent of Zakari Allen and Kei'shawn Hayes[1] (collectively "Plaintiffs") file this Notice of Voluntary Dismissal With Prejudice as follows:

1. Federal Rule of Civil Procedure 41 provides that, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment."[2] CEC Entertainment, Inc. d/b/a Chuck E. Cheese, Ken McGill, Richard M. Frank, Michael H. Magusiak and Christopher D. Morris (collectively "Defendants") have not filed an answer, a motion for summary judgment, or any counterclaim in the above-captioned lawsuit.

2. Federal Rule of Civil Procedure 41 further provides that, "Unless the notice or stipulation states otherwise, the dismissal is without prejudice…."[3]

3. Plaintiffs state that this Notice of Voluntary Dismissal With Prejudice is intended to be a dismissal with prejudice.

---

[1] Plaintiffs Dennis Hayes and Keisha West, individually and as natural parent of Zakari Allen and Kei'Shawn Hayes, are the additional plaintiffs who sought to be added by the proposed Third Amended Complaint. (*See* Dkt. No. 46-3, Oct. 1, 2009, at caption).
[2] Fed. R. Civ. P. 41(a)(1)(A)(i).
[3] Fed. R. Civ. P. 41(a)(1)(B).

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE – Page 2**
DALDMS/670193.1

Respectfully submitted,

Dated: November 12, 2009

ROBERTS & BISHOP

By:   /s/ Kenneth T. Roberts
      Kenneth T. Roberts, Ind. Atty. No. 6099-49
      Adam Lenkowsky, Ind. Atty. No. 24277-49

Kenneth T. Roberts
Adam Lenkowsky
**ROBERTS & BISHOP**
118 North Delaware
Indianapolis, Indiana 46204
Telephone: (317) 631-0172
Facsimile: (317-631-0178

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 12th day of November, 2009, by way of the Court's Electronic Case Filing system, upon the following counsel of record:

>Mark D. Taylor
>mark.d.taylor@bakernet.com
>Kimberly F. Rich
>kimberly.f.rich@bakernet.com
>Jennifer D. McCollum
>jennifer.d.mccollum@bakernet.com
>Teresa H. Michaud
>teresa.h.michaud@bakernet.com
>Dennis E. Harrold
>deharrold@msth.com
>J. Lee McNeely
>jlmcneely@msth.com
>Brady J. Rife
>bjrife@msth.com

>/s/ Kenneth T. Roberts

Kenneth T. Roberts
Adam Lenkowsky
**ROBERTS & BISHOP**
118 North Delaware
Indianapolis, Indiana 46204
Telephone: (317) 631-0172
Facsimile: (317-631-0178